**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 71.127.42.189**

**ISP:** Verizon Online, LLC
**Physical Location:** Herndon, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/04/2017 15:31:52 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 12/04/2017 15:30:20 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 12/04/2017 15:30:01 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 12/04/2017 15:27:37 | 7B1338CF011BB8AE92A32A35EE2FB215DC210A5F | Fill Her Up |
| 12/04/2017 15:26:38 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 12/04/2017 15:24:31 | 6EA411DD4580E2C06E2526C469ADC3687F470FE2 | Into The Lions Mouth |
| 12/04/2017 15:19:28 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 12/04/2017 15:17:42 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 12/04/2017 15:15:41 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 12/04/2017 15:11:25 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 12/04/2017 15:11:21 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 12/04/2017 15:11:20 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 12/04/2017 15:11:09 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 12/04/2017 05:02:45 | 5F524DF15759705BDA6D385631FD6ACDE6D080CD | The Tightest Blonde |
| 12/04/2017 05:02:32 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 12/04/2017 05:01:26 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

EVA381